George Kersey
684 Newton Street
Chestnut Hill, MA
02467
(513) 966-9690

8-28-23

Office of the Clerk
United States District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Sirs:

    Enclosed is my complaint against Donald Trump for Defamation.

    I am requesting Pauper status with respect to any necessary fee and action taken in this litigation

Respectfully,
George Kersey
*George Kersey*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

George Kersey,

    Plaintiff,

v.

Donald Trump,

    Defendant

Civil Action No.

## COMPLAINT FOR DEFAMATION

1. Plaintiff has filed numerous actions against the Defendant for his violations of the U.S. Constitution

2. Defendant has threatened action against such persons as in Par. 1.

3. The threat of the Defendant is Defamatory.

4. Plaintiff requests a trial by Jury.

5. Plaintiff requests suitable compensation for the Defamation.

Respectfully

George Kersey

*/s/ George Kersey*